UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL ANACACY,<br><br>                  Plaintiff,<br><br>    v.<br><br>PANERA, LLC, DOHERTY ENTERPRISES, INC., DOHERTY BREADS, LLC and JOHN DOE,<br><br>                  Defendants. | Case No. 2:19-cv-07126-ENV-RLM<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

**PLEASE TAKE NOTICE** that Defendants Panera, LLC, The Doherty Group, Inc. d/b/a Doherty Enterprises (incorrectly captioned as "Doherty Enterprises, Inc."), Doherty Breads, LLC and John Doe (collectively, "Defendants"), by their attorneys, will move this Court pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), before the Honorable Eric N. Vitaliano, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on a date to be set by the Court, for an Order granting Defendants' Motion to Dismiss Plaintiff's Complaint, and for such other and further relief as may be just, proper and equitable. In support of this Motion, the undersigned will rely upon the (1) accompanying Memorandum of Law, (2) the Declaration of Dena B. Calo, (3) any affidavits, declarations, or memoranda replying to Plaintiff's responsive papers; and (4) all pleadings in this action.

New York, New York
Dated: April 17, 2020

                                            SAUL EWING ARNSTEIN & LEHR, LLP

                                            By: */s/ Dena B. Calo*
                                            Dena B. Calo, Esquire
                                            1500 Market Street, 38th Floor
                                            Philadelphia, PA 19102
                                            (215) 972-7104
                                            Dena.Calo@saul.com

        Erik P. Pramschufer, Esquire
        1270 Avenue of the Americas, Suite 2005
        New York, NY 10020
        (212) 980-7216
        Erik.Pramschufer@saul.com

*Attorneys for Defendants*

To:   *Via E-Mail Only*:
      Steven John Moser, Esquire
      MOSER LAW FIRM, P.C.
      3 School Street, Suite 207B
      Glen Cove, New York 11542
      smoser@moseremploymentlaw.com
      dfaulkner@moseremploymentlaw.com
      jmoser@moseremploymentlaw.com
      kbarrera@moseremploymentlaw.com

*Attorney for Plaintiff*