# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL ANACACY, | Case No. 2:19-cv-07126-ENV-RLM |
| Plaintiff, | |
| v. | **AFFIRMATION OF SERVICE** |
| PANERA, LLC, DOHERTY ENTERPRISES, INC., DOHERTY BREADS, LLC and JOHN DOE, | |
| Defendants. | |

**ERIK P. PRAMSCHUFER**, an attorney duly authorized to practice law before this Court and the courts of the State of New York, hereby affirms under penalty of perjury that PDF copies of (1) the Defendants' Notice of Motion to Dismiss Plaintiff's Complaint; (2) the Declaration of Dena B. Calo; (3) the Defendants' Memorandum of Law in Support of their Motion to Dismiss Plaintiff's Complaint; and (4) this Affirmation of Service, were served on this date on the below counsel, via e-mail, as agreed between the parties:

Steven John Moser, Esquire
MOSER LAW FIRM, P.C.
smoser@moseremploymentlaw.com
dfaulkner@moseremploymentlaw.com
jmoser@moseremploymentlaw.com
kbarrera@moseremploymentlaw.com

*Attorney for Plaintiff*

Dated: April 17, 2020

　　　/s/ Erik P. Pramschufer
Erik P. Pramschufer, Esquire
SAUL EWING ARNSTEIN & LEHR, LLP
1270 Avenue of the Americas, Suite 2005
New York, NY 10020
(212) 980-7216
Erik.Pramschufer@saul.com