

Dena B. Calo
Phone: (215) 972-7104
Fax: (215) 972-7725
Dena.Calo@saul.com
www.saul.com

June 5, 2020

**Via ECF**

Hon. Eric N. Vitaliano, U.S.D.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: *Anacacy v. Panera, LLC, et. al.*, Case No. 2:19-cv-7126
> **Defendants' Motion to Dismiss**

Dear Judge Vitaliano:

    This law firm represents Defendants Panera, LLC, The Doherty Group, Inc. d/b/a Doherty Enterprises (improperly pled as Doherty Enterprises, Inc.), Doherty Breads, LLC, and the individual identified in the Complaint as John Doe (collectively, the "Defendants"). The following, which constitute the Defendants' fully-briefed Motion, are submitted to the Court pursuant to Individual Rule III.D (the "Bundling Rule"):

- Defendants' Opening Papers, served on April 17, 2020:
    - Notice of Motion to Dismiss Plaintiff's Complaint;
    - Declaration of Dena B. Calo;
    - Defendants' Memorandum of Law in Support of their Motion to Dismiss Plaintiff's Complaint; and
    - Affirmation of Service
- Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Complaint, served on May 22, 2020
- Defendants' Reply Memorandum of Law in Further Support of their Motion to Dismiss Plaintiff's Complaint, served on June 3, 2020

    Thank you for your time and consideration of the foregoing Motion.

                                          Respectfully submitted,

                                          */s/ Dena B. Calo*
                                          Dena B. Calo

cc:    Hon. Roanne L. Mann, U.S.M.J. (via ECF)
           All counsel (via ECF)

Centre Square West ◆ 1500 Market Street, 38th Floor ◆ Philadelphia, PA 19102-2186
Phone: (215) 972-7777 ◆ Fax: (215) 972-7725

DELAWARE FLORIDA ILLINOIS MARYLAND MASSACHUSETTS MINNESOTA NEW JERSEY NEW YORK PENNSYLVANIA WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

37041958.2 06/05/2020