UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DANIEL ANACACY,

                              JUDGMENT

                Plaintiff,                  19-cv-7126 (ENV) (RLM)

   v.

PANERA, LLC, DOHERTY ENTERPRISES, INC.,
DOHERTY BREADS, LLC, JOHN DOE,

                Defendants.
-----------------------------------------------------------------X

       A Memorandum and Order of the Honorable Eric N. Vitaliano, United States District Judge having been filed on June 9, 2021, granting defendants' motion; dismissing Anacacy's federal law claims with prejudice; declining to exercise supplemental jurisdiction over plaintiff's state law claims, *Kolari v. N.Y. Presbyterian Hosp.,* 455 F.3d 118, 122 (2d Cir. 2006), which are dismissed, without prejudice to refiling in a state court of appropriate jurisdiction; it is

       ORDERED and ADJUDGED that defendants' motion is granted; that Anacacy's federal law claims are dismissed with prejudice; and that the Court declines to exercise supplemental jurisdiction over plaintiff's state law claims, *Kolari v. N.Y. Presbyterian Hosp.,* 455 F.3d 118, 122 (2d Cir. 2006), which are dismissed, without prejudice to refiling in a state court of appropriate jurisdiction.

Dated: Brooklyn, New York                             Douglas C. Palmer
       June 10, 2021                                       Clerk of Court

                                              By:    */s/Jalitza Poveda*
                                                     Deputy Clerk