UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
Daniel Anacacy

                                              Plaintiff,

            - *against* -                        Case No.19-cv-7126
                                                                       (ENV)(RLM)

Panera, LLC, Doherty Enterprises, Inc., Doherty Breads,
LLC and John Doe

                                              Defendants.
------------------------------------------------------------------------x

## NOTICE OF APPEAL

      Notice is hereby given that Plaintiff Daniel Anacacy hereby respectfully appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order entered on June 9, 2021 under Docket No. 16.

Dated:  Huntington, New York
          June 11, 2021

                                                    Respectfully submitted,
                                                    MOSER LAW FIRM, P.C.
                                                    5 East Main Street
                                                    Huntington, New York 11743
                                                    (516) 671-1150

                                                    By:_____
                                                        Steven J. Moser

TO:    Dena B. Calo (Via ECF)
          Erik P. Pramschufer (Via ECF)

1